NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BARBARA STEPHENS,                          )
                                           )
        Appellant,                         )
                                           )
v.                                         )         Case No.  2D20-703
                                           )
DEUTSCHE BANK NATIONAL TRUST               )
COMPANY, AS TRUSTEE FOR THE                )
HARBORVIEW MORTGAGE LOAN                   )
TRUST 2006-BU1, MORTGAE LOAN               )
PASS-THROUGH CERTIFICATES,                 )
SERIES 2006-BU1,                           )
                                           )
        Appellee.                          )
_____)

Opinion filed September 18, 2020.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Sarasota
County; Hunter W. Carroll, Judge.

Barbara L. Stephens, pro se.

Benjamin B. Brown and Joseph T. Kohn
of Quarles & Brady LLP, Naples, for
Appellee.


 PER CURIAM.


            Affirmed.


VILLANTI, LaROSE, and MORRIS, JJ., Concur.